United States Courts
Southern District of Texas
FILED

AUG 24 2021 VCC

Nathan Ochsner, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § CRIMINAL NO. 21-CR-1268-S |
| 1) JOE DAVID MORENO<br>   AKA: "J.D." | § |
| 3) JOSE GERARDO GUTIERREZ-<br>   GONZALEZ<br>   AKA: "GERA" | § MGM |
| 4) GUSTAVO ALBERTO DUENES-PEREZ<br>   AKA: "TAVO" | § |
| 5) JESUS HERNANDEZ | § |
| 6) ALBERTO CASTRO | § |
| 7) LEONARDO GARZA<br>   AKA: "NANO" | § |
| 8) JUAN LOPEZ | § |
| 12) JOSE HERNANDEZ-VAZQUEZ | § |
| 15) JESUS RODRIGUEZ | § |
| 16) FRANCISCO ARTURO NERI | § |
| 17) EDUARDO JAVIER VAZQUEZ | § |
| 18) CARLOS ALEJO SOLIZ<br>   AKA: "CHINO" | § |
| 19) CARLOS ERIK LOPEZ<br>   AKA: "FLACO" | § |
| 20) JONATHAN GUADALUPE RODRIGUEZ-<br>   RIVERA | § |
| 23) JOSE GUADALUPE ALANIZ | § |
| 24) FERNANDO GARCIA<br>   AKA: "FERNIE" | § |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

From on or about March 28, 2019, and continuing thereafter until on or about April 23, 2020, in the Southern District of Texas, and elsewhere, and within the jurisdiction of the Court, Defendants,

JOE DAVID MORENO (AKA: "J.D.")

JOSE GERARDO GUTIERREZ-GONZALEZ (AKA: "GERA")
GUSTAVO ALBERTO DUENES-PEREZ (AKA: "TAVO")
JESUS HERNANDEZ
ALBERTO CASTRO
LEONARDO GARZA (AKA: "NANO")
JUAN LOPEZ

JOSE HERNANDEZ-VAZQUEZ

JESUS RODRIGUEZ
FRANCISCO ARTURO NERI
EDUARDO JAVIER VAZQUEZ
CARLOS ALEJO SOLIZ (AKA: "CHINO")
CARLOS ERIK LOPEZ (AKA: "FLACO")
JONATHAN GUADALUPE RODRIGUEZ-RIVERA

JOSE GUADALUPE ALANIZ
FERNANDO GARCIA (AKA: "FERNIE")

did knowingly conspire and agree with each other and with other persons known and unknown to the Grand Jurors to possess with intent to distribute 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO

On or about March 28, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JOE DAVID MORENO, AKA "J.D."**

**JOSE GUADALUPE ALANIZ**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 17, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JOE DAVID MORENO, AKA "J.D."**
**JOSE GERARDO GUTIERREZ-GONZALEZ, AKA: "GERA"**
**GUSTAVO ALBERTO DUENES-PEREZ, AKA "TAVO"**
**JESUS HERNANDEZ**

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about May 1, 2019 through on or about May 15, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

JOE DAVID MORENO (AKA: "J.D.")
GUSTAVO ALBERTO DUENES-PEREZ (AKA: "TAVO")
ALBERTO CASTRO
LEONARDO GARZA (AKA: "NANO")
JUAN LOPEZ

FERNANDO GARCIA (AKA: "FERNIE")

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 100 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about May 29, 2019 through on or about June 22, 2019, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

JOE DAVID MORENO (AKA: "J.D.")

JOSE HERNANDEZ-VAZQUEZ

JESUS RODRIGUEZ

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT SIX

On or about April 23, 2020, in the Southern District of Texas and within the jurisdiction of

the Court, Defendants,

        JOE DAVID MORENO (AKA: "J.D.")
        FRANCISCO ARTURO NERI
        EDUARDO JAVIER VAZQUEZ
    CARLOS ALEJO SOLIZ (AKA: "CHINO")
    CARLOS ERIK LOPEZ (AKA: "FLACO")
JONATHAN GUADALUPE RODRIGUEZ-RIVERA

did knowingly possess with intent to distribute a controlled substance. This violation involved a quantity of 1000 kilograms and more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

**ORIGINAL SIGNATURE ON FILE**

FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
JENNIFER DAY
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO    DIVISION     5:21-MJ-01788     NO. 21-CR-1268-S

FILE: 2019R26578
SUPERSEDING INDICTMENT     Filed: August 24, 2021     Judge: Marina Garcia Marmolejo

ATTORNEYS:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, ACTING USA
VS.     JENNIFER DAY, AUSA

1) JOE DAVID MORENO
    AKA: "J.D."
    ████████████████████
3) JOSE GERARDO GUTIERREZ-GONZALEZ
    AKA: "GERA"
4) GUSTAVO ALBERTO DUENES-PEREZ
    AKA: "TAVO"
5) JESUS HERNANDEZ
6) ALBERTO CASTRO
7) LEONARDO GARZA
    AKA: "NANO"
8) JUAN LOPEZ
████████████████████
████████████████████
████████████████████
████████████████████
12) JOSE HERNANDEZ-VAZQUEZ
████████████████████
████████████████████
15) JESUS RODRIGUEZ
16) FRANCISCO ARTURO NERI
17) EDUARDO JAVIER VAZQUEZ
18) CARLOS ALEJO SOLIZ
    AKA: "CHINO"
19) CARLOS ERIK LOPEZ
    AKA: "FLACO"
20) JONATHAN GUADALUPE RODRIGUEZ-RIVERA
████████████████████
23) JOSE GUADALUPE ALANIZ
24) FERNANDO GARCIA
    AKA: "FERNIE"
████████████████████

**CHARGES:**

Ct. 1-3:  Conspiracy to possess with intent to distribute 1000 kilograms or more of marijuana
[21 USC 846, 841(a)(1) and 841(b)(1)(A)]

Ct. 4:  Possession with intent to distribute 100 kilograms or more of marijuana
[21 USC 841(a)(1), 841(b)(1)(B) and 18 USC 2]

Cts. 5-6:  Possession with intent to distribute 1000 kilograms or more of marijuana
[21 USC 841(a)(1), 841(b)(1)(A) and 18 USC 2]

**TOTAL COUNTS: 6**

**PENALTY:**

Cts. 1, 2, 3, 5, and 6: 10 years to life of imprisonment, not more than a $10,000,000 fine, $100 special assessment, at least 5 years up to a life term of supervised release.

Ct. 4:  5 years to 40 years imprisonment, not more than a $5,000,000 fine, $100 special assessment, at least 4 years up to a life term of supervised release.